ANTHONY J. PELLECCHIA, ADMINISTRATOR
(ESTATE OF ANTHONY E. PELLECCHIA) *v.*
CONNECTICUT LIGHT AND POWER
COMPANY ET AL.
(AC 31588)
(AC 31800)

DiPentima, C. J., and Harper and Pellegrino, Js.

Argued January 4—officially released February 1, 2011

Per Curiam. The judgments are affirmed.

ERNEST FRANCIS *v.* THERESA LANTZ ET AL.
(AC 31404)

Gruendel, Lavine and Robinson, Js.

Submitted on briefs December 7, 2010—officially released February 8, 2011

Per Curiam. The judgment is affirmed.

CHARLIE SANTIAGO *v.* COMMISSIONER
OF CORRECTION
(AC 31515)

Harper, Beach and Robinson, Js.

Argued January 14—officially released February 8, 2011

Per Curiam. The appeal is dismissed.